# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAE HENDERSON, Jr., | No. 1:18-cv-00143-AWI-SKO HC |
| Petitioner, | |
| v. | **ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION** |
| DAE HENDERSON Jr. TRUST, | |
| Respondent. | **(Doc. 14)** |

If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated at the Sierra Conversation Center, Jamestown, California. As a result, Hunter Anglea, Warden of the Sierra Conservation Center, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Hunter Anglea, Warden, Sierra Conservation Center, as Respondent.

IT IS SO ORDERED.

Dated: **April 16, 2018**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE