UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAE HENDERSON, Jr., <br><br> Petitioner, <br><br> v. <br><br> HUNTER ANGLEA, Warden of Sierra Conservation Center, <br><br> Respondent. | No. 1:18-cv-00143-AWI-SKO <br><br> **ORDER DENYING PETITIONER'S REQUEST TO EXPAND THE RECORD** <br><br> **(Doc. 19)** |

Petitioner, Dae Henderson, Jr., is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 5, 2018, Petitioner filed a "Motion to Expand the Record; Affidavit in Support Thereof [Rule 7]." Petitioner requests the Court expand the record pursuant to Rule 7(a).[1] Petitioner states, he "has submitted with the original petition an authenticated administrative record on file in this case; and for the purposes so submitted, is relevant and indispensable in assisting this Court [to] decide an issue other than the merits of the petition." (Doc. 19 at 4.) Petitioner asks the Court to expand the record for his petition to include an "authenticated 'international' administrative record." *Id*. at 5.

---

[1] The Court assumes Petitioner is referring to Rule 7(a) of the Rules Governing Section 2254 and 2255 cases.

1

Rule 7(a) of the Rules Governing Section 2254 and 2255 Cases states, "(a) In General.  If the petition is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the petition.  The judge may require that these materials be authenticated."  The Court has already directed Respondent to submit all documents necessary for resolution of Petitioner's claims.  (*See* Doc. 16 at 2.)

Additionally, a § 2254 petition challenges the custody of an individual "pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254.  In his petition for writ of habeas corpus, Petitioner alleges the State of California initiated criminal proceedings against him "without presentment or indictment of a Grand Jury."  (Doc. 14 at 4.)  The Court will deny Petitioner's request to expand the record, because an "authenticated 'international' administrative record" is not relevant to Petitioner's case challenging his custody at the Sierra Conservation Center.

IT IS SO ORDERED.

Dated:   **April 30, 2018**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE