UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAE HENDERSON, Jr., <br> Petitioner, <br> v. <br> HUNTER ANGLEA, Warden of Sierra Conservation Center, <br> Respondent. | No. 1:18-cv-00143-AWI-SKO HC <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION** <br><br> **(Doc. No. 21, 26)** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On May 14, 2018, the Magistrate Judge filed Findings and Recommendations in which she recommended that the Court deny Petitioner's motion to stay proceedings and compel arbitration. The Findings and Recommendations, which was served on Petitioner on the same date, provided that objections could be served within thirty days. Although thirty days have passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo*, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 26), filed May 14, 2018, are ADOPTED in full;
2. Petitioner's motion to stay and compel arbitration (Doc. No. 21) is DENIED; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: June 22, 2018

_____
SENIOR DISTRICT JUDGE